# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:08cv 924

No. 10-10267

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 11, 2010

MANUEL A. BENAVIDEZ,

    Plaintiff - Appellant

Lyle W. Cayce
Clerk

v.

IRVING INDEPENDENT SCHOOL DISTRICT, (Texas); ONITA C. PATRICK, in their official capacities; JERRY D. CHRISTIAN, in their official capacities; RONDA LEE HUFFSTETTLER, in their official capacities; JOHN RANDAL STIPES, in their official capacities; NANCY JONES, in their official capacities; ADRIAN T. JENKINS, in their official capacities; VALERIE D. JONES, in their official capacities,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42(b), the appeal is dismissed as of June 11, 2010, pursuant to appellant's motion.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana    JUN 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 11, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



    No. 10-10267, Manuel Benavidez v. Irving Independent School, et al
        USDC No. 3:08-CV-924

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _Renee McDonough_
        Renee S. McDonough, Deputy Clerk
        504-310-7673

cc w/encl:
    Mr. William A Brewer III
    Mr. Claude Robert Heath
    Mr. Michael Veeser
    Ms. Wendy C. Wang