December 8, 2011

From: Manuel A. Benavidez

    2108 Meadow Glen

    Irving, TX 75060

To:    U.S District Judge, Sidney Fitzwater

    1100 Commerce Street

    Room 1528

    Dallas, TX 75242-1033



Subject: Irving Independent School District

Single Member Districts-Currents

2010 Census Data Draft Map Proposal

Dear Judge Fitzwater,

I am aware that Mr. Anthony E. Bond has made a complaint, complaining that IISD did not release current data needed to draw a Single Member District plan/proposal on behalf of the Irving Minority Community.

I, Manuel A. Benavidez, The plaintiff in Court Case 3;08CV924 come asking Judge Sidney Fitzwater, to review the attached draft of a single member district map proposal constructed for the minority community of Irving by Mr. Bill Betzen, and the 2010 Census data attached with the map.

Cordially yours,

*Manuel A Benavidez*
Manuel A. Benavidez





The above districts boundaries were drawn using the elementary attendance zone overlay from Irving ISD. Then those attendance zone boundaries were removed in the above map. Below are the demographics produced by the 7 districts as designed in this **FIRST DRAFT** map above. This map still needs public input and other additional work to focus on uniting communities of interest before it is ready for presentation.

| District # | Total Population | Deviation From 24,402 | Percent | Total VAP | Anglo VAP | Anglo % VAP | Black VAP | Black VAP % | Hisp. VAP | Hisp. VAP % | Asian VAP | Asian VAP % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 23,302 | -1,100 | -4.51% | 16,035 | 4,911 | 30.63% | 844 | 5.26% | 9,360 | 58.37% | 702 | 4.38% |
| 2 | 23,544 | -858 | -3.52% | 15,957 | 4,115 | 25.79% | 857 | 5.37% | 10,390 | 65.11% | 464 | 2.91% |
| 3 | 25,182 | 780 | 3.20% | 18,216 | 6,089 | 33.43% | 2,819 | 15.48% | 7,964 | 43.72% | 1090 | 5.98% |
| 4 | 23,284 | -1,118 | -4.58% | 16,342 | 7,076 | 43.30% | 1,045 | 6.39% | 6,818 | 41.72% | 1176 | 7.20% |
| 5 | 25,361 | 959 | 3.93% | 20,464 | 10,383 | 50.74% | 2,648 | 12.94% | 4,608 | 22.52% | 2448 | 11.96% |
| 6 | 24,999 | 597 | 2.45% | 18,455 | 4,535 | 24.57% | 5,260 | 28.50% | 5,717 | 30.98% | 2617 | 14.18% |
| 7 | 25,148 | 746 | 3.06% | 17,927 | 6,972 | 38.89% | 818 | 4.56% | 9,492 | 52.95% | 451 | 2.52% |
| | 170,820 | Range/dev = 8.51% | | 123,396 | 44,081 | 35.72% | 14,291 | 11.58% | 54,349 | 44.04% | 8,948 | 7.25% |

Irving ISD Demographics - Voting Age Population (VAP) of area served

Above demographics are from the first draft of a possible trustee district map, also above, for Irving ISD. This is ONLY a draft. 12-7-11  Bill Betzen  bbetzen@aol.com

**Fw: IISD Has Given The Public a Nearly Impossible Request Without Access to Data**   Hide Details

FROM: Anthony Bond   Friday, December 2, 2011 5:06 PM
TO: Voting.Section@usdoj.gov

THIS IS A COMPLAINT ABOUT THE SINGLE MEMBER DISTRICT VOTING FORM OF ELECTING TRUSTEES TO THE IRVING INDEPENDENT SCHOOL DISTRICT( IISD). THE IISD IS CURRENTLY TRYING TO DECIDE WHETEHER TO DO IT VOLUNTARILY OR NOT !

Re: Federal Court Case #3:08CV924, Benavides. v. Irving, in US District Judge, Sidney Fitzwater's Court

To The Voting Section Civil Rights Division of the US Justice Department,

My name is Anthnony E. Bond and I am the Founder of the Irving Branch of the NAACP. As you can see in the attached email to Dr. Dana Bedden, Superintendent of the IISD I am complaining that our School Board has called for Public Hearings to consider whether to go to Single Member Districts voluntarily or not. If you go to www.irvingisd.net you will see that the Board of Trustees has called for 3 Public hearings on Jan 5th 9th, and 10th to be followed by a special-called Board meeting on Jan 12th where the Board will vote on whether to voluntarily adopt the Single Member District form of electing School Board Trustees or not.In the above referenced case US District Judge, Sidney Fitzwater , using 2000 Census data turned down the Benavides case basically because he said the numbers of Hispanic voters at that time did not support his ruling to force the IISD to adopt Single Member Districts. But, Judge Fitzwater did say that once the 2010 Census data was available that this case could be reviewed with the updated Census data. I believe the numbers are there now and in my opinion that is why the School Board is pursuing this voluntary course of action.But, here is my complaint to you as outlined in the email to Dr. Bedden and, other IISD administrators and Board Members as well as the IISD attorney, Jim Deatherage, and that is: IF THE IISD DOES NOT PROVIDE THE PUBLIC WITH ACCESS TO THEIR MAPMAKING SINGE MEMBER DISTRICT CONSULTANT'S INFO IT IS IMPOSSIBLE FOR US TO SUBMIT A LEGITIMATE PROPOSAL.

I ASK FOR YOUR ASSISATNCE IN THIS MATTER RIGHT AWAY?


Anthony E. Bond
4109 W.Northgate Dr. # 821
Irving, Texas 75062
Cell #- (214) 830-6719

----- Forwarded Message -----
From: Anthony Bond <aebond09@yahoo.com>
To: "dbedden@irvingisd.net" <dbedden@irvingisd.net>
Cc: Heather Ashley <hashley@irvingisd.net>; Valerie Jones <vjones@irvingisd.net>; "rhuffstetler@irvingisd.net" <rhuffstetler@irvingisd.net>; "jwdassoc@flash.net" <jwdassoc@flash.net>; "ksturch@irvingisd.net" <ksturch@irvingisd.net>; "rdiaz@irvingisd.net" <rdiaz@irvingisd.net>; Whit Johnstone <WJohnstone@irvingisd.net>
Sent: Friday, December 2, 2011 1:33 PM
Subject: IISD Has Given The Public a Nearly Impossible Request Without Access to Data

Dear Dr. Bedden,

I and many others who care deeply about the future of the IISD are quickly realizing after talking to redistricting experts that the Board of Trustees has asked us, the public, to accomplish a nearly impossible task without spending a lot of money , having access to redistricting experts and access to map overlays of the IISD and it's demogphics in terms of voting age population. I copied you yesterday thanking you and your staff for providing me with the open records info I requested. YET, EVEN THE REDISTRICTING EXPERT WHO IS WORKING WITH US SAYS WITHOUT ACCESS TO THE DISTRICT'S CONSULTANT'S MAP INFORMATION YOU HAVE ASKED US, THE PUBLIC, TO DO THE IMPOSSIBLE ALMOST.

Therefore, I am asking you and everyone copied in this email to consider doing what the City of Dallas did recently when they asked the public to submit redistricting plans to the city. That is the City of Dallas provided the demograher's info to the public.( In other words what the IISD consultant is working with to provide you all guidance on Single Member Distiricts was made availaible to the public.) The City of Dallas made this data availiable on site at a certain designated place at the City. My question to you all is why can not the IISD do the same thing to anyone with standing  in the IISD who wants to submit you all a redistricting plan?

I thought the whole purpose of this public process we are engaging in inclusive of the 3 public meetings on Jan 5th, 9th and ,10th  was designed to see if this could be resolved outside of fighting this with attorneys in a court of Law.Some feel( after researching what is required to submit a coherent and meaningful redstricting plan and to be abscent of acesss to this data that I am telling you is necessary for one to have),  that the Board has sent all of the public on a meaningless wild goose chase and  that this whole process is nothing more than a delay tatic to avoid a lawsuit from being filed. I pray that is not the case, and  I personally do not feel that way.Your prompt response to my questions here will be greatly appreciated. Thank You and,

God Bless You All !

**RE: Open Records Request**                                                                                          Hide Details

FROM: Heather Ashley                                                                              Wednesday, December 7, 2011 12:52 PM
TO: Anthony Bond
CC: Dana Bedden    jwdassoc@flash.net

Dear Anthony,

It seems there has been a lot of other communication after these e-mails, and I may be a bit behind on something (especially the technology side) but I wanted to give you my understanding of the situation.

The Board will be discussing releasing illustrative map(s) at our Monday meeting as part of the preparation for the public hearings in January. As I understand it, the Administration (and certainly the Board) does not have the extensive GIS resources you've inquired about because we have contracted a good portion of that out to our attorney. There is one piece of software that we do have, and Jim is working through the legal concerns regarding allowing someone other than the license-holder to use it. However, even if we do have that software, I don't know believe it has current demographic data in it because we have not been doing this work in-house. Access to all of the current data would be owned by our contractor.

I believe that much of what we have discussed as a Board with our consultant attorney falls under attorney-client privilege, and we will have to take specific action to release any of that to the public. As you know, I cannot act on behalf of the Board nor can we act outside of a regularly-called meeting. I'm sure there will be discussion with the attorneys present on Monday regarding your information request, but we cannot act until Monday at that Board Meeting to release any of that privileged material.

It looks like your expert has been in touch with Mr. Heath, and that was what I was going to recommend happen so that he can get a more complete picture of the situation. Unlike the City of Dallas, we do not have an in-house staff working with district-owned data and software on the districting question, so it just makes this whole situation more complicated and interwoven.

I understand your desire to begin working on maps, and we are definitely not trying to be obstructionist -- I just don't think we have all of the information you're requesting available from within the district. I'm not sure exactly what will be released on Monday (obviously we haven't had our conversations yet with the attorneys), but I believe something will come out of it that could be helpful as you prepare maps. Dr. Bedden has sent a more detailed e-mail explaining what we do have, and where we stand, but as I said, I wanted to share my perspective.

Heather Ashley
Board President
Irving Independent School District

---

From: Anthony Bond [aebond09@yahoo.com]
Sent: Tuesday, December 06, 2011 12:15 PM
To: Heather Ashley
Cc: Dana Bedden; jwdassoc@flash.net
Subject: Fw: Open Records Request

Dear Heather,

I am asking you as Board President for this same open records request since Dr. Bedden clearly sttes that the IISD Administration does not have this data that I am requestiong.. Also, our redistricting expert has just informed me that he has discovered via the internet that the IISD does have the software sytem that contains the info we need in order to derive the data we need to draw Single Member Ditricts Plans/proposals. I am seeking an opinion from the Texas Attornet General's Office about the IISD"s failure to supply us with this info that we now have evidence of that the IISD has access to.

Thank You and God Bless You !

----- Forwarded Message -----
From: Dana Bedden <DBedden@irvingisd.net>
To: Anthony Bond <aebond09@yahoo.com>; Karen Sturch <KSturch@irvingisd.net>
Cc: Heather Ashley <hashley@irvingisd.net>; "jwdassoc@flash.net" <jwdassoc@flash.net>; Ralph Diaz <RDiaz@irvingisd.net>
Sent: Tuesday, December 6, 2011 11:23 AM
Subject: RE: Open Records Request

Mr. Bond:

I am sorry you feel that you are having difficulty with getting information related to certain resources. Please once again be advised of the following that I shared when you visited our office.

1) Any request involving maps does not exist with the administration
2) Any request involving GIS resources related to the single member district process does not exist with the administration
3) The administration does not have any maps or proposed maps

All request for information related to the this process is solely a Board and the Board Attorney's process to guide and direct, the administration will support the process as expected and directed by the Board and respond to any and all request to support external organizations as directed by the Board.

Any information that we do have will be provided as required by law.

Please see below response to your latest questions.

Dr.Dana T. Bedden
Where Children Come First
Contact Information:
Dr. Dana T. Bedden
Superintendent of Schools
Irving Independent School District
2621 West Airport Freeway
Irving, Texas 75062
972-600-5001

[data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAABAAAAAQCAYAAAAf8/9hAAAACXBIWXMAAA7EAAAOxAGVKw4bAAAAIGNIUk0AAHolAACAgwAA+f8AAIDpAAB1MAAA6mAAADqYAAAXb5JfxUYAAAKLSURBVHjadJPfS5NhFMe/21xvuhXRyJAZroiSrJnbRdT7vrAf5HBaK5RABmEEwQIvkpZ/QRcWXdSFw5soKaF0F7qZzeLOxVKHOt0Pctp5c5xVKHOt0PctpuvEdrzG5GBDpQsf5Co xVKHOt0Pctp2uvEdrzGN+c553w/54HnPDliQiGpPMETABoB2AAYd9MRAMMvGmX+RcAyAoBVJ7gZQDtABworN4AHWmX4bOMZdkCoXiUzabvcAwzPSSob5p/VTNY9gMR0wdxk7KjZUzaaGbl27ysqzGQoggAsLa1A7HzeAhArrLa7ehTDNRr0oBIQB+EL968TmhcoBVJ7gZwDtAB4oRE1DG2QCWdSpDAzZAzM5kMhl8Xo3AyYsjpDAzwA7i3mwJM5MI8XcjjXUqA0CoG+XpAEdrzGN+c553w/54HnPDliQiGpPMETABoB2AAYd9MRAMMvGmX+RcAyAoBVJ7gZQDtABworN4AHWmX4b]
(Marlene Abril, Secretary)
972-215-5003
[data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAABAAAAAQCAYAAAAf8/9hAAAACXBIWXMAAA7EAAAOxAGVKw4bAAAAIGNIUk0AAHolAACAgwAA+f8AAIDpAAB1MAAA6mAAADqYAAAXb5JfxUYAAAKLSURBVHjadJPfS5NhFMe/21xvuhXRyJAZroiSrJnbRdT7vrAf5HBaK5RABmEEwQIvkpZ/QRcWXdSFw5soKaF0F7qZzeLOxVKHOt0Pctp2uvEdrzGN+c553w/54HnPDliQiGpPMETABoB2AAYd9MRAMMvGmX+RcAyAoBVJ7gZQDtABworN4AHWmX4b]

WQ6enp6tgCgrKxsfbP8bB8AdE1G89cOReMAgOv+Cag8QXRNRkXAsDwcDr+am5tLCYKA3t7eo2dG+1vVK/MfpRPtA+MIReMYaKj+/xm9MilCx3EmpVL5wefzFavValis1u1vvHMkd
fykCQC0kSGUTo+Ajmnx1dSC7IGD+UUCEYGIwLKsyWazrSeTSSliMpnNf7Ttz5+ec96fr7/VnE0mk+QfHMzV3WjcKH/4rEr05QGFIA6HY4IIWRLPRER+v3/HYrFMFQSIkNra2tVQKJ
SlfcSyLO0LECFWq3X
F6XRGA4HAptTsdrsXeZ6fEHtl+31nAOA4rkUulz/l5XL63dQGgHEAN8Ph8AYA/BsAt4ube4GbIQIAAAAASUVORK5CYII=]
Fax www.irvingisd.net<http://www.irvingisd.net>

[cid:1.1865274298@web120918.mail.ne1.yahoo.com]<http://www.irvingisd.net/marketing/external.htm>[cid:2.1865274299@web120918.mail.ne1.yahoo.com]<http://www.irvingisd.net/marketing/default.htm>

From: Anthony Bond [mailto:aebond09@yahoo.com]
Sent: Tuesday, December 06, 2011 7:35 AM
To: Dana Bedden; Karen Sturch
Cc: Heather Ashley; jwdassoc@flash.net
Subject: Open Records Request

Dr, Bedden,

I am requesting the following information as an open records request:

!, The date Mr Heath was hired to begin to work on the issue of Single Member Districts( SMD) for the IISD – we will attempt to get this information (in progress)

2. The amount of money to date the IISD has paid Mr Heath for his services rendered concerning the issue of SMD – we will attempt to retrieve this information from the business office (in progress)

3. A link to any and all software that is accessible to the public which Mr. Heath has used and is using to derive map proposals for SMD for the IISD – the administration does not have any link or software that Mr. Heath has used or may be using.

4. A copy of any map plans/proposals Mr Heath has derived for the IISD – the administration does not have any maps or plans.

Time is of the essence in this whole process of the IISD Board asking for SMD plans /proposals from the public. As I have stated to you all earlier, in every case I have researched that is similar to the process the IISD is currently going through the access to the data used to draw SMD plans/proposals was made availiable to the public. In addition, I would like to point out on record, that Mr. Heath is being paid with our tax dollars so he is the attorney who should look out for waht is best for all of us with standing in the IISD. Your prompt attention to this open records request will be greatly appreciated. If you have any questions of me , please call me at 214 830 6719.

Thank You All and God Bless You !

Confidentiality Notice: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain, copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person. It is the policy of Irving I.S.D. not to discriminate on the basis of race, color, national origin, gender or handicap in its vocational programs, services or activities as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972, Section 503 and 504 of the Rehabilitation Act of 1973.

Reply to Heather Ashley